In the Matter of the Claim of David Scobel, Appellant, v. Roseco Development Corp. et al., Respondents. Workmen's Compensation Board, Respondent.— Herlihy, J.

Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.